UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 25-112 KMM/LIB

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 933(a)(1) |
| | 18 U.S.C. § 933(a)(2) |
| v. | 18 U.S.C. § 933(a)(3) |
| SHARMARKE ABDIKADIR ALI, | 18 U.S.C. § 933(b) |
| a/k/a "Lil Marko" | 18 U.S.C. § 922(o)(1) |
| | 18 U.S.C. § 924(a)(2) |
| Defendant. | 18 U.S.C. § 924(d)(1) |
| | 26 U.S.C. § 5845(b) |
| | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

At times relevant to this Indictment:

The Defendant was a member and associate of a criminal organization, namely the Minneapolis street gang known as "Muddy," a younger-generation affiliate of the "Somali Outlaws" street gang. At times relevant to this Indictment, Muddy operated in the District of Minnesota, and elsewhere.

### COUNT 1
(Conspiracy to Traffic Firearms)

Between on or about September 21, 2024, and January 4, 2025, in the State and District of Minnesota and elsewhere, the defendant,

**SHARMARKE ABDIKADIR ALI,**
a/k/a "Lil Marko,"

did knowingly conspire and agree with persons known and unknown to the grand jury to ship, transport, cause to be transported, and otherwise dispose


SCANNED
MAR 2 5 2025
U.S. DISTRICT COURT MPLS

*United States v. Sharmarke Abdikadir Ali*

of one or more firearms, including, but not limited to, the following:

| Date of Purchase | Location | Firearm |
|---|---|---|
| 09/24/2024 | Realm Firearms Spring Lake Park, MN | Glock 22Gen5 .40 caliber semiautomatic pistol bearing serial number FCK245US |
| 10/06/2024 | The Modern Sportsman Burnsville, MN | Glock 23Gen5 .40 caliber semiautomatic pistol bearing serial number CCPL313 |
| 01/04/2025 | Southwest Arms Savage, MN | Glock 20Gen5 .10 caliber semiautomatic pistol bearing serial number CARB172 |

to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)); all in violation of Title 18, United States Code, Section 933(a)(1), (a)(2), (a)(3), and (b).

## COUNT 2
(Unlawful Possession of a Machinegun)

On or about October 15, 2024, in the State and District of Minnesota, the defendant,

**SHARMARKE ABDIKADIR ALI,**
a/k/a "Lil Marko,"

did knowingly possess a machinegun, namely a Glock model 19x 9mm semi-automatic pistol bearing serial number BTD804, equipped with an attached conversion device, commonly known as a "switch" or "auto-sear," enabling it to

*United States v. Sharmarke Abdikadir Ali*

be fired as a fully automatic weapon by a single function of the trigger, knowing it had characteristics that made it a machinegun as defined by Title 26, United States Code, Section 5845(b); all in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

## COUNT 3
(Felon in Possession of Firearm)

On or about October 15, 2024, in the State and District of Minnesota, the defendant,

**SHARMARKE ABDIKADIR ALI,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Fleeing from Police in Motor Vehicle | Hennepin County, Minnesota | November 17, 2021 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock model 19x 9mm semi-automatic pistol bearing serial number BTD804; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

*United States v. Sharmarke Abdikadir Ali*

# COUNT 4
(Felon in Possession of Firearm)

On or about January 16, 2025, in the State and District of Minnesota, the defendant,

**SHARMARKE ABDIKADIR ALI,**
a/k/a "Lil Marko,"

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Fleeing from Police in Motor Vehicle | Hennepin County, Minnesota | November 17, 2021 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Wilson Combat WC-15, bearing serial number WCPL27064; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

As a result of the offenses alleged in Counts 1-4 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms, accessories (including any magazines, switches, conversion devices,

*United States v. Sharmarke Abdikadir Ali*

auto sears, and other firearms parts), and ammunition, involved in, or used in the offenses alleged, including, but not limited to, a Glock model 19x 9mm semi-automatic pistol bearing serial number BTD804, equipped with an attached conversion device, commonly known as a "switch" or "auto-sear" and magazine, and any ammunition seized therewith; and a Wilson Combat WC-15, bearing serial number WCPL27064, and magazine, and any ammunition seized therewith.

A TRUE BILL

_____     _____
ACTING UNITED STATES ATTORNEY     FOREPERSON