UNITED STATES DISTRICT COURT DISTRICT
OF MINNESOTA

Criminal No.     25    -cr-   112 (DSD/DLM)

UNITED STATES OF AMERICA,

                      Plaintiff,       STATEMENT OF FACTS IN
                                       SUPPORT OF EXCLUSION
V.                                       OF TIME UNDER
                                            SPEEDY TRIAL ACT

SHARMARKE ABDIKADIR ALI,
                    Defendant.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Sharmarke Abdikadir Ali, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act.

On May 1, 2025, I was arraigned on charges of conspiracy to traffic firearms, unlawful possession of a machinegun, and two counts of felon in possession of a firearm. (Doc. 17.) The government made its initial discovery disclosures on May 14, 2025. My attorney and I have begun to review the discovery; however, there are over a thousand pages of discovery. As well as a multitude of videos and audio statements. My attorney and I need additional time to discuss the discovery, to identify any issues that need to be addressed by pretrial motions.

After a meet-and-confer, the government does not object to a continuance.

Based on the above facts, I request that the deadline for filing pretrial motions be continued for at least 60 days from the current deadline of May 22, 2025, and that the period of the continuance be excluded from the time in which I would otherwise have to

be brought to trial on my case under the Speedy Trial Act.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 21/5/25        *Sharmarke Ali*

BY: Sharmarke Ali
Defendant


Dated: _____    _____

Wyatt Arneson
Counsel for Sharmarke Ali
Attorney ID No. 0392071